IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| BRANDEN MYKAL COOK, | C/A NO. 4:18-00361-MGL-TER |
| Plaintiff, | |
| vs. | **ORDER DISMISSING FIFTH CAUSE OF ACTION AND REMANDING CASE TO STATE COURT** |
| CITY OF NORTH MYRTLE BEACH; CITY OF NORTH MYRTLE BEACH POLICE DEPARTMENT; and LORIE HALE, in her capacity as an officer, | |
| Defendants. | |

This matter is before the Court upon joint motion of the parties requesting any claims brought pursuant to 42 U.S.C. § 1983 (Fifth Cause of Action) be dismissed and the case be remanded back to state court. ECF No. 19. It is hereby

**ORDERED** all claims brought pursuant to 42 U.S.C. § 1983 (Fifth Cause of Action) are hereby **DISMISSED WITHOUT PREJUDICE**. It is

**FURTHER ORDERED** the remaining causes of action, which are brought pursuant to State law, are hereby **REMANDED** back to State Court.

s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

January 9, 2019
Columbia, South Carolina